1
2
3                                                                    JS6
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   Shamar Jackson,                        Case No.: 2:20-cv-00780-RSWL-KS
13              Plaintiff,                   *Hon. Ronald S. W. Lew.*
14        v.                                [~~PROPOSED~~] **ORDER FOR DISMISSAL**
                                            **WITH PREJUDICE**   [31]
15   Chase Colorado, LLC, A California
16   Limited Liability Company; and Does    Action Filed:  January 24, 2020
     1-10,                                  Trial Date:    Not on Calendar
17              Defendants.
18
19
20
21        Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before
22   it, and being fully advised finds as follows:
23        **IT IS ORDERED THAT:**
24
25
26
27
28
                                          1

1      Plaintiff Shamar Jackson's ("Plaintiff") action against Defendant Chase Colorado

2  LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their

3  own fees and costs.

4      All pending dates and deadlines are hereby vacated and taken off-calendar. The

5  clerk shall close this action

6

7  Dated: ___8/20/2020_____          s/ RONALD S.W. LEW _____

8                                                   Hon. Ronald S.W. Lew
                                                    United States District Judge
9                                                   Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE